B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Ohio | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mueller Electric Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**34-1782857** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

Street Address of Debtor (No. and Street, City, and State):
**1208 Massillon Rd Bldg G Ste N-1500**
**Akron, OH**
ZIP Code **44306**

Street Address of Joint Debtor (No. and Street, City, and State):
ZIP Code

County of Residence or of the Principal Place of Business:
**Summit**

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):
ZIP Code

Mailing Address of Joint Debtor (if different from street address):
ZIP Code

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Mueller Electric Company, Inc.**

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)      (Date) |

## Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

## Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

## Information Regarding the Debtor - Venue
### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

## Certification by a Debtor Who Resides as a Tenant of Residential Property
### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mueller Electric Company, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X /s/ Frederic P. Schwieg, Esq.**
Signature of Attorney for Debtor(s)

**Frederic P. Schwieg, Esq. 0030418**
Printed Name of Attorney for Debtor(s)

**Frederic P Schwieg Attorney at Law**
Firm Name
**2705 Gibson Dr**
**Rocky River, OH 44116-3008**

_____
Address

**Email: fschwieg@schwieglaw.com**
**440-499-4506**
Telephone Number

**October 29, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ E. Scott Emerson**
Signature of Authorized Individual

**E. Scott Emerson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 29, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Ohio

In re   **Mueller Electric Company, Inc.**      Case No. _____

Debtor(s)     Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bob Pecoraro (ex-employee)** | **Bob Pecoraro (ex-employee)** | | | **88,333.00** |
| **Federal Express Corp**<br>**3610 Hacks Cross Rd**<br>**Memphis, TN 38125** | **Federal Express Corp**<br>**3610 Hacks Cross Rd**<br>**Memphis, TN 38125** | | | **3,400.93** |
| **Harding Sales Associates**<br>**2140 Eastman Ave**<br>**Ventura, CA 93003** | **Harding Sales Associates**<br>**2140 Eastman Ave**<br>**Ventura, CA 93003** | | | **4,678.60** |
| **International Transport**<br>**18747 Sheldon Rd.**<br>**Cleveland, OH 44130** | **International Transport**<br>**18747 Sheldon Rd.**<br>**Cleveland, OH 44130** | | | **17,120.54** |
| **Jeff Kulp (ex-employee)**<br>**P.O. Box 871301**<br>**Canton, MI 48187** | **Jeff Kulp (ex-employee)**<br>**P.O. Box 871301**<br>**Canton, MI 48187** | | | **12,229.68** |
| **LMA Commerce Two**<br>**1210 Massillon Rd**<br>**Akron, OH 44306** | **LMA Commerce Two**<br>**1210 Massillon Rd**<br>**Akron, OH 44306** | | | **3,880.00** |
| **Master Printing**<br>**3112 Broadview Rd**<br>**Cleveland, OH 44109** | **Master Printing**<br>**3112 Broadview Rd**<br>**Cleveland, OH 44109** | | | **3,157.08** |
| **McManamon and Co.**<br>**1651 Crossings Parkway**<br>**Suite B/C**<br>**Westlake, OH 44145** | **McManamon and Co.**<br>**1651 Crossings Parkway**<br>**Westlake, OH 44145** | | | **8,640.00** |
| **New England Electric Wire**<br>**130 North Main St.**<br>**Lisbon, NH 03585** | **New England Electric Wire**<br>**130 North Main St.**<br>**Lisbon, NH 03585** | | | **10,310.75** |
| **Newark Inone**<br>**4801 N Ravenswood Ave**<br>**Chicago, IL 60640** | **Newark Inone**<br>**4801 N Ravenswood Ave**<br>**Chicago, IL 60640** | | | **3,338.36** |
| **Norcom**<br>**200 Boyd's Crossing Rd**<br>**Griffin, GA 30224** | **Norcom**<br>**200 Boyd's Crossing Rd**<br>**Griffin, GA 30224** | | | **2,156.62** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Mueller Electric Company, Inc.**            Case No. _____

                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Nottingham Spirk (amount disputed) 2200 Overlook Rd. Cleveland, OH 44106 | Nottingham Spirk (amount disputed) 2200 Overlook Rd. Cleveland, OH 44106 | | | 44,175.00 |
| Padrona LLC Jennifer Perella Stat Agent 4018 Stow Rd Stow, OH 44224 | Padrona LLC Jennifer Perella Stat Agent 4018 Stow Rd Stow, OH 44224 | | | 2,741.57 |
| Phoenix Components 1103 W. Hibiscus Blvd Melbourne, FL 32901 | Phoenix Components 1103 W. Hibiscus Blvd Melbourne, FL 32901 | | | 2,220.03 |
| Precision Wire 4791 W 139th St. Cleveland, OH 44135 | Precision Wire 4791 W 139th St. Cleveland, OH 44135 | | | 4,787.64 |
| Safe Plating Inc. 18001 Railroad St. City of Industry, CA 91748 | Safe Plating Inc. 18001 Railroad St. City of Industry, CA 91748 | | | 14,757.07 |
| Sales Engineering Corp 254 N Broadway Salem, NH 03079 | Sales Engineering Corp 254 N Broadway Salem, NH 03079 | | | 3,627.66 |
| TechTron Sales Inc 1305 Remington Rd Schaumburg, IL 60173 | TechTron Sales Inc 1305 Remington Rd Schaumburg, IL 60173 | | | 5,198.24 |
| UPS Supply Chain Solutions 12380 Morris Rd Alpharetta, GA 30005 | UPS Supply Chain Solutions 12380 Morris Rd Alpharetta, GA 30005 | | | 4,556.75 |
| Westech Associates 2680 Bayshore Parkway Suite 401 Mountain View, CA 94043 | Westech Associates 2680 Bayshore Parkway Mountain View, CA 94043 | | | 2,054.75 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October 29, 2010** _____      Signature   **/s/ E. Scott Emerson**

                                                       **E. Scott Emerson**
                                                       **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                      Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Ohio

In re   **Mueller Electric Company, Inc.**                         Case No.

                                           Debtor(s)            Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept as a retainer | $ | 25,000.00 |
| Prior to the filing of this statement I have received a retainer of | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2.    $ __1039.00__ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

      ☐ Debtor    ☒ Other (specify):    **Suzanne I. Emerson**

4.    The source of compensation to be paid to me is:

      ☒ Debtor    ☐ Other (specify):

5.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    The service rendered of to be rendered included

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Representation in all matters before the bankkruptcy Court.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **N/A**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **October 29, 2010**                **/s/ Frederic P. Schwieg, Esq.**
                                               **Frederic P. Schwieg, Esq. 0030418**
                                                 **Frederic P Schwieg Attorney at Law**
                                                   **2705 Gibson Dr**
                                                   **Rocky River, OH 44116-3008**
                                                   **440-499-4506**
                                                   **fschwieg@schwieglaw.com**

Advance Technology Systems
2131 Woodruff Rd
Suite 2100
Greenville, SC 29607


Airgas
259 N Radnor-Chester Rd
Radnor, PA 19087


Allied Waste Services


Associated Bag
400 West Boden St
Milwaukee, WI 53207


Atlas Wire Corp
9525 River St
Schiller Park, IL 60176


Bob Pecoraro (ex-employee)


Bonnie Speed
2501 Saint Clair Ave NE
Cleveland, OH 44114


Cluff and Assoc.
12554 Cross Country Ln
Reston, VA 20191


Cuyahoga County Common Pleas Ct
Clerk of Court- Civil
1200 Ontario St FL1
Cleveland, OH 44113


Eastern Component Sales
41 Byberry Rd
Suite 9
Hatboro, PA 19040


Federal Express Corp
3610 Hacks Cross Rd
Memphis, TN 38125

Fifth Third Bank
600 Superior Ave E
Cleveland, OH 44114


Goldstein Group Communications
30500 Solon Industrial Parkway
Solon, OH 44139


Gutierrez Holdings and Marketing
5432 New Dublin Rd
Brockville, ON K6V 5T4 Canada


Harding Sales Associates
2140 Eastman Ave
Ventura, CA 93003


International Transport
18747 Sheldon Rd.
Cleveland, OH 44130


James S Bonvissuto
Business Improvement Group, Inc.
8043 Corporate Cir Ste 2
North Royalton, OH 44133


Jeff Kulp (ex-employee)
P.O. Box 871301
Canton, MI 48187


Jefferson Pilot Financial
100 North Greene St
Greensboro, NC 27401


Joelle Davis


Karnis Safe and Lock Co.
3100 Prospect Ave E
Cleveland, OH 44115


Konica Minolta Corp.

LMA Commerce Two
1210 Massillon Rd
Akron, OH 44306


Major League Electronics
4235 Earnings Way
New Albany, IN 47150


Master Printing
3112 Broadview Rd
Cleveland, OH 44109


McManamon and Co.
1651 Crossings Parkway
Suite B/C
Westlake, OH 44145


McMaster Carr Supply Co.
600 N County Line Rd
Elmhurst, IL 60126


Michael Tucker, Esq.
Ulmer Berne
1660 W 2nd St Ste 1100
Cleveland, OH 44113-1448


Mueller Electric Empl Pension Fund
Pension Benefit Guaranty Corp
attn. Daniel J Hudson
1200 K St NW
Washington, DC 20005-4026


New England Electric Wire
130 North Main St.
Lisbon, NH 03585


Newark Inone
4801 N Ravenswood Ave
Chicago, IL 60640


Noble Davis Consulting
30175 Bainbridge Rd
Building B
Solon, OH 44139

Norcom
200 Boyd's Crossing Rd
Griffin, GA 30224


Northport Engineering
1355 Mendota Heights Rd
Suite 130
Mendota Hts, MN 55120


Nottingham Spirk (amount disputed)
2200 Overlook Rd.
Cleveland, OH 44106


Office Depot (Corporate Office)
6600 North Military Tr
Boca Raton, FL 33496


Padrona LLC
Jennifer Perella Stat Agent
4018 Stow Rd
Stow, OH 44224


Pension Benefit Guaranty Corp
1200 K St, NW
Washington, DC 20005-4026


Peter Schmitt Company
210 West Parkway
Unit #4
Pompton Plains, NJ 07444


Phoenix Components
1103 W. Hibiscus Blvd
Melbourne, FL 32901


Powell Electronics Inc.
200 Commodore Dr
Swedesboro, NJ 08085


Precision Wire
4791 W 139th St.
Cleveland, OH 44135

QA Technology Company
110 Towle Farm Rd
Hampton, NH 03842


R. W. Kunz and Associates
4600 W 90th Terrace
Suite 101
Prairie Village, KS 66207


Reagan Compar
349 W. Commercial St
Suite 1415
East Rochester, NY 14445


Republic Waste Service
18500 N Allied Way
Phoenix, AZ 85054


Rochester 100 Inc.
40 Jefferson Rd
Rochester, NY 14623


RPA


Safe Plating Inc.
18001 Railroad St.
City of Industry, CA 91748


Sales Engineering Corp
254 N Broadway
Salem, NH 03079


Scott N. Opincar, Esq.
McDonald Hopkins Co LPA
600 Superior Ave E Ste 2100
Cleveland, OH 44114


Shell Fleet (Shell Oil Company)
PO Box 2463
Houston, TX 77252


Sherwin Software Solutions
5380 Naiman Parkway
Solon, OH 44139

Tavens Container
22475 Aurora Rd
Bedford Hts, OH 44146


TechTron Sales Inc
1305 Remington Rd
Schaumburg, IL 60173


Tyco Electronics
1050 Westlakes Dr
Berwyn, PA 19312


United States Attorney General
Main Justice Bldg
10th & Constitution Ave NW
Washington, DC 20530


UPS Supply Chain Solutions
12380 Morris Rd
Alpharetta, GA 30005


US Attorney-- ND Ohio
Atttn Bankruptcy Section
801 W Superior Ave Ste 400
Cleveland, OH 44113-1852


US Attorney-- ND Ohio
Attn Bankruptcy Section
801 W Superior Ave Ste 400
Cleveland, OH 44113-1852


Westech Associates
2680 Bayshore Parkway
Suite 401
Mountain View, CA 94043

# United States Bankruptcy Court
## Northern District of Ohio

In re    **Mueller Electric Company**                                      Case No.

                                          Debtor(s)           Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

   I, **E. Scott Emerson**, declare under penalty of perjury that I am the **President** of  **Mueller Electric Company**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **25th** day of **October**, 2010.

   "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

   Be It Therefore Resolved, that **E. Scott Emerson**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

   Be It Further Resolved, that **E. Scott Emerson**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

   Be It Further Resolved, that **E. Scott Emerson**, **President** of this Corporation is authorized and directed to employ **Frederic P. Schwieg, Esq. 0030418**, attorney and the law firm of **Frederic P Schwieg Attorney at Law** to represent the corporation in such bankruptcy case."

Date    **October 29, 2010**                         Signed    **/s/ E. Scott Emerson**

                                                                 **E. Scott Emerson**

Resolution of Shareholders
of
**Mueller Electric Company**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **E. Scott Emerson**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **E. Scott Emerson**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **E. Scott Emerson, President** of this Corporation is authorized and directed to employ **Frederic P. Schwieg, Esq. 0030418**, attorney and the law firm of **Frederic P Schwieg Attorney at Law** to represent the corporation in such bankruptcy case.

Date   **October 29, 2010**       Signed   **/s/ E . Scott Emerson, Trustee**
                                                                    **Trustee, E. Scott Emerson 1989 Trust fbo SIE**

Date   **October 25, 2010**       Signed
                                                                    **Mark Dottore**

Date   **October 29, 2010**       Signed   **/s/ E . Scott Emerson, Trustee**
                                                                    **Trustee, Mary deC. Emerson 2010 Trust**